It is our judgment that the district judge arrived at the correct conclusion, and entered the proper order in this matter, and his judgment denying the writ is affirmed.

Relator's Motion for Rehearing.

CHRISTIAN, Judge.

We have re-examined the record in the light of the motion for rehearing and are constrained to adhere to the conclusion expressed in the original opinion.

The motion for rehearing is overruled.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

the state penitentiary for a term of two years.

The record is before us without a statement of facts or bills of exceptions. The indictment is sufficient to charge the offense and procedural matters appear to be in due order.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

## ANDERSON v. STATE.
### No. 20477.

Court of Criminal Appeals of Texas.
June 14, 1939.

Rehearing Denied Oct. 18, 1939.

## KIMBROUGH v. STATE.
### No. 20502.

Court of Criminal Appeals of Texas.
June 14, 1939.

Rehearing Denied Oct. 18, 1939.

V. M. Johnston, of Palestine, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The conviction is for theft of cattle; the punishment assessed is confinement in

No attorney for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for possessing marihuana, punishment being five years in the penitentiary.

Prosecution was under what is known as the "Uniform Narcotic Drug Act" passed